IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN LOYDD SPRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:11-cv-1142-TC |
| v. | ) |
| | ) ORDER |
| STATE OF OREGON, et. al., | ) |
| | ) |
| Defendants. | ) |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on September 14, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F. 2d 452, 454 (9th Cir. 1983). Having reviewed the

1      - ORDER

legal principles de novo, I find no error. Accordingly, I adopt Judge Coffin's Findings and Recommendation.

CONCLUSION

I adopt Magistrate Judge Coffin's Findings and Recommendation (#53) filed September 14, 2012. Defendants' unopposed motion for summary judgment (#44) is granted and this action is dismissed with prejudice.

DATED this \_\_3rd\_\_ day of \_\_Oct._____, 2012.

_____
UNITED STATES DISTRICT JUDGE

2       - ORDER